UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

D+F
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 0 4 2003 ★
BROOKLYN OFFICE

------------------------------------------------X

ALIREZA ITTIHADIEH,

        Plaintiff,

        -against-

ATLANTIC COAST AIRLINES, INC.,

        Defendant.

------------------------------------------------X

Docket No. CV 02-3485 (DGT)

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above referenced action having been settled, this action be and hereby is discontinued with prejudice as to such parties with each party to bear its own costs and disbursements.

Dated:    March 27, 2003

BROWN GAVALAS & FROMM LLP

_____
DAVID FROMM, ESQ (DHF-____)
Attorney for Defendant
369 Lexington Avenue
New York, New York 10017
(212) 983-8500

GILBRIDE, TUSA, LAST & SPELLANE LLC

_____
FREDERIC P. RICKLES (FPR 0297)
Attorneys for Plaintiff
420 Lexington Avenue, Suite 3005
New York, NY 10170
(212) 692-9666

SO ORDERED

_____
U. S. D. J.